573 A.2d 218

**William RICE, Appellee,**

v.

**The TRAVELERS COMPANIES, Appellant,**

**Southeastern Pennsylvania Transportation Authority, Intervenor.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1989.

Decided April 27, 1990.

## ORDER

PER CURIAM.

The order of the Superior Court, 388 Pa.Super. 673, 560 A.2d 246 is affirmed. See *Ellis v. SEPTA*, 524 Pa. 398, 573 A.2d 216 (1990).

McDERMOTT, J., did not participate in the consideration or decision of this matter.